UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Chambers of
**Jessica S. Allen**
United States Magistrate Judge

Martin Luther King, Jr. Federal Bldg.
& U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102
(973) 645-2580

December 22, 2023

## LETTER ORDER

*To: Pro Se Respondent by Certified Mail, Return Receipt Requested, and Regular U.S. Mail and Counsel of Record via ECF*

    Re:   **Wells Fargo Bank, N.A. v. Zaire**
             **Civil Action No. 23-22327 (ES) (JSA)**

Dear Respondent and Petitioner's Counsel:

      Petitioner, Wells Fargo Bank, N.A., commenced this action seeking to confirm an arbitration award. (ECF No. 1). Before the Court is *pro se* Respondent, Naqueen Zaire's "Motion for the Attorney to Show Authority." (ECF No. 4). Based on the Court's review of the motion, it appears Respondent alleges that Petitioner's counsel, Rhonda Payne Harmon, Esq., of Womble Bond Dicksonson (US) LLP ("Counsel"), has failed to establish that she is authorized to represent Petitioner in this case. (*See generally* ECF No. 4). Respondent has opposed the motion. (ECF No. 6). No argument is necessary. Fed. R. Civ. P. 78(b).

      In opposition to Respondent's motion, Counsel has represented that she is licensed to practice law in the District of New Jersey and has, in fact, been authorized by Petitioner to represent it in this case. (*See* ECF No. 6 at 2). Moreover, by signing and filing the petition to confirm the arbitration award, Counsel is confirming that she is the attorney of record, and thus is licensed to practice law before this Court, represents Petitioner, and is authorized to file papers on Petitioner's behalf. *See* Fed. R. Civ. P. 11(a)-(b); L. Civ. R. 11.1.

      For the reasons stated above, and for good cause shown, Respondent's motion is **DENIED**. The Clerk of the Court is directed to send a copy of this Order to Respondent by regular mail and certified mail return receipt requested and to terminate ECF No. 4.

      **SO ORDERED**.

                                                                s/Jessica S. Allen
                                                               **HON. JESSICA S. ALLEN**
                                                               **United States Magistrate Judge**

cc:      Hon. Esther Salas, U.S.D.J.