**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To Naqueen Zaire
Street and Apt. No., or PO Box No. C/O 28 Laurel Avenue
City, State, ZIP+4® Irvington, NJ 07111

RE:
23-cv-22327
DE#8 Letter Order

Tracking #: 7019 2245 0000 0833 2220 (approx.)

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions